UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCARTNEY, ) | 1:06-CV-01678 OWW SMS HC |
| ) | |
| Petitioner, ) | ORDER VACATING JANUARY 29, 2007, |
| ) | FINDINGS AND RECOMMENDATION |
| v. ) | THAT HAD RECOMMENDED THE |
| ) | PETITION BE DISMISSED |
| ) | [Doc. #12] |
| DIRECTOR OF DEPARTMENT OF ) | |
| CORRECTIONS, ) | ORDER GRANTING MOTION TO |
| ) | PROCEED IN FORMA PAUPERIS |
| Respondent. ) | [Doc. #2] |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 29, 2007, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. The Court found that Petitioner had failed to submit a completed application to proceed in forma pauperis or pay the filing fee as ordered on December 14, 2006. On February 16, 2007, Petitioner filed a copy of his trust account statement. Examination of this documents reveals that Petitioner is unable to afford the costs of this action. In light of the fact that Petitioner has now complied with the Court's order, the Court finds good cause to vacate the Findings and Recommendation.

**ORDER**

Accordingly, the Findings and Recommendation of January 29, 2007, is hereby VACATED, and the motion to proceed in forma pauperis is GRANTED. <u>See</u> 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:    February 22, 2007**                              **/s/ Sandra M. Snyder**
icido3                                                  UNITED STATES MAGISTRATE JUDGE